IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEVIN WILLIAMS,

    Defendant.                                 Case No. 06-cr-30166-14-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is the Government's Motion to Dismiss Writ of Execution (Doc. 672). Said writ was issued on February 4, 2010 against defendant Kevin Williams (Doc. 670), commanding the Illinois State Treasurer to levy upon any portion of the "Illinois State Treasurer's Cashdash Unclaimed Monetary Property" in which Williams has a substantial nonexempt interest, in order to satisfy Williams' debt in the amount of $325.00 (Doc. 670). However, because it appears that the State of Illinois is unable to determine whether Williams is the same person owed the unclaimed money, the Government now seeks that the writ be dismissed with prejudice.

For good cause shown, said Motion (Doc. 672) is **GRANTED**. As such,

the Writ of Execution (Doc. 670) against defendant Cora Williams is hereby **DISMISSED WITH PREJUDICE**.

       **IT IS SO ORDERED**.

Signed this 27th day of May, 2010.

/s/   David R Herndon

**Chief Judge**
**United States District Court**